UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
DEC - 2 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ALFRED ROBINSON, JR.,

    Plaintiff,

v.                              ACTION NO. 4:11cv89

LAURIE WATKINS,
Regional Commissioner,
Social Security Administration,

    Defendant.

## FINAL ORDER

Plaintiff brought this action seeking (1) a copy of his medical records in relation to his application for Supplemental Security Income ("SSI") and (2) damages due to defendant's failure to timely produce the records.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on October 13, 2011, recommending that Defendant's Motion to Dismiss the Complaint be GRANTED and that this action be DISMISSED pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6) and that Defendant's Motion for Summary Judgment be DENIED as MOOT. By copy of the report, each party was advised of the right to file written

objections to the findings and recommendations made by the Magistrate Judge. On October 28, 2011, the Court received Plaintiff's objections to the Magistrate Judge's Report and Recommendation.

Having reviewed the record and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on October 13, 2011, and Defendant's Motion to Dismiss the Complaint (ECF No. 5) is GRANTED and Plaintiff's Complaint is DISMISSED pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6). Further, Defendant's Motion for Summary Judgment (ECF No. 6) is DENIED as MOOT.

Plaintiff is ADVISED that he may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 2400 West Avenue, Newport News, Virginia 23607. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to counsel and to the pro se plaintiff.

/s/ [signature]
Mark S. Davis
United States District Judge

Norfolk, Virginia
December 2, 2011

2